IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. 1:24-cr-124 (MAD) |
| | ) |
| **v.** | )**Defendant Kyle Offringa's** |
| | )**Proposed Order Granting Motion for** |
| **KYLE OFFRINGA,** | )**Extension of Time to Pay Fine** |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

Kyle Offringa has applied to the Court for an order granting his motion for an extension of time to pay the remaining balance of the fine imposed pursuant to the Judgment in a Criminal Case entered herein on March 20, 2025.

THUS, IT IS HEREBY ORDERED THAT the Court extends the deadline by which Defendant has to pay the balance of the fine imposed in connection with the Judgment to September 20, 2026.

IT IS SO ORDERED

Dated and entered this __________ day of March, 2026

________________________________
Hon. Mae A. D'Agostino
United States District Court Judge